# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EMERALD GRANDE, INC.,
A Florida corporation,

    Plaintiff,

vs.                                               CASE NO.: 3:07cv364/MCR/EMT

CLATUS JUNKIN

    Defendant.
_____/

## O R D E R

    This matter was initiated in this court on August 29, 2007, upon Notice of Removal filed by Defendant. The action originated in the First Judicial Circuit of Florida, in and for Okaloosa County. It was noted that Plaintiff's counsel in the state court action, Michael P. McDaniel, was not admitted to practice in this court and procedures for admissions as well as electronic filing requirements were mailed to Mr. McDaniel on August 31, 2007. Defendant has now filed his Answer to the Complaint.

    Before litigation in this cause may proceed, counsel must appear on behalf of Plaintiff. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, Plaintiff shall be allowed thirty (30) days from the date of entry of this order to retain proper representation in this action.

    It is, therefore, ORDERED:

    1.     Plaintiff shall be allowed thirty (30) days from the date of entry of this order to retain proper representation in this action.[1] Counsel must file a written notice of

---

[1] Should Mr. McDaniel seek to continue representation of Plaintiff in this court, he shall complete the requisite attorney admissions and electronic filing procedures and, upon admission to the bar of this court, file his appearance in this action.

appearance within the prescribed time period.  Failure to do so will result in dismissal of this action.

      2.      The clerk is directed to provide a copy of this order to Michael P. McDaniel, Esquire, of Matthews & Hawkins, P.A., by regular U.S. mail to 4475 Legendary Drive, Destin, Florida 32541, and by telephone facsimile to (850) 654-1634.

      3.      Mr. McDaniel shall immediately provide a copy of this order to Plaintiff and shall provide this court with the mailing address for Plaintiff.

**DONE and ORDERED** this 11th day of September, 2007.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**